ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Kevin C. Kelly* and *David W. Colwick*, in support of the petition.

*Timothy S. Hollister* and *Gian-Matthew Ranelli*, in opposition.

Decided December 1, 2011

AVALONBAY COMMUNITIES, INC. *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 130 Conn. App. 36 (AC 31982/AC 31983), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Timothy D. Bates, Joel C. Norwood* and *Lauren M. Vinokur*, in support of the petition.

*Timothy S. Hollister* and *Gian-Matthew Ranelli*, in opposition.

Decided December 1, 2011

AVALONBAY COMMUNITIES, INC. *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

The petition by the defendant Stratford town council for certification for appeal from the Appellate Court, 130 Conn. App. 36 (AC 31982/AC 31983), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Kevin C. Kelly* and *David W. Colwick*, in support of the petition.

*Timothy S. Hollister* and *Gian-Matthew Ranelli*, in opposition.

Decided December 1, 2011

JEFFREY NAIER ET AL. *v.* ROZ-LYNN
BECKENSTEIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 131 Conn. App. 638 (AC 30148), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Douglas M. Evans* and *David A. Lavenburg*, in support of the petition.

*Michael P. Berman, Suzanne LaPlante, Jeffrey J. Mirman* and *John F. Droney*, in opposition.

Decided December 1, 2011

DARIYON DRAKE ET AL. *v.* ANNE S. BINGHAM ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 131 Conn. App. 701 (AC 30265), is denied.

*David J. Robertson*, in support of the petition.

*Carey B. Reilly* and *Kathleen L. Nastri*, in opposition.

Decided December 1, 2011